UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>            Plaintiff,<br><br>     v.<br><br>J. RIOS, et al.,<br><br>            Defendants. | No.  1:24-cv-00447 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER<br><br>PLAINTIFF'S IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER DUE IN THIRTY DAYS |

      Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 4, 2025, Plaintiff filed a notice of change of address with the Court. ECF No. 14. The address appears to be a private one, likely indicating that Plaintiff is no longer incarcerated.[1]

      Upon release from prison, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir.

---

[1] If the Court is incorrect, and Plaintiff is still, in fact, incarcerated, he must inform the Court immediately.

1

1997) (upon release, obligation to pay remainder of fees to be determined solely on question of whether individual qualifies for pauper status). A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners. <u>McGann v. Comm'r, Soc. Sec. Admin.</u>, 96 F.3d 29, 30 (2d Cir. 1996).

    For these reasons, Plaintiff will be ordered to complete and file an application to proceed in forma pauperis by a non-prisoner. Plaintiff will be given thirty days to do so.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for a non-prisoner, and

    2. Within thirty days from the date of this order, Plaintiff shall complete and file the non-prisoner in forma pauperis application with the Court.

IT IS SO ORDERED.

    Dated: **February 5, 2025**     /s/ Gary S. Austin
                                                                   UNITED STATES MAGISTRATE JUDGE