UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>JIMENEZ, et al.,<br><br>Defendants. | No. 1:24-cv-00447 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 16)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING HIS RELEASE FROM PRISON (ECF No. 11) |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court are Plaintiff's motion to stay these proceedings pending Plaintiff's release from prison, and Plaintiff's non-prisoner application to proceed in forma pauperis. See ECF Nos. 11, 16 (respectively). For the reasons stated below, Plaintiff's non-prisoner application to proceed in forma pauperis will be granted. However, his request for a stay of these proceedings will be disregarded as improperly filed.

I. RELEVANT FACTS

On October 31, 2024, a motion filed by Plaintiff requesting a stay of these proceedings

pending his release from prison was docketed.  ECF No. 11.  The motion remains pending.

On February 4, 2025, Plaintiff filed a notice of change of address with the Court.  ECF No. 14.  The new address in the notice indicates that Plaintiff is likely no longer incarcerated.  See generally id.  As a result, on February 5, 2025, the Court ordered Plaintiff to file a non-prisoner application to proceed in forma pauperis.  ECF No. 15.  On February 12, 2025, the non-prisoner application was docketed.  ECF No. 16.

II.    DISCUSSION

A review of Plaintiff's non-prisoner in forma pauperis application indicates that Plaintiff has made the showing required by 28 U.S.C. § 1915(a).  Therefore, his non-prisoner in forma pauperis request will granted.  See McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).  Based on this fact, and more importantly, the fact that courts do not stay proceedings pending a prisoner's release from prison, Plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's non-prisoner application to proceed in forma pauperis (ECF No. 16) is GRANTED, and

2.  Plaintiff's motion to stay these proceedings pending his release from state prison (ECF No. 11) is DENIED.

IT IS SO ORDERED.

   Dated:    **February 18, 2025**                       **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE