UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>                    Plaintiff,<br><br>         v.<br><br>J. RIOS, et al.,<br><br>                    Defendants. | Case No.: 1:24-cv-00447-SKO<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Karlis Ruben Augustus Howard is appearing pro se and *in forma pauperis* n this civil rights action.

On December 8, 2025, Plaintiff filed a Request for Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) and (B) of the Federal Rules of Civil Procedure, noting that no defendant has been served in this action. (Doc. 22.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 11, 2025**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2